| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Global Capital Law, PC<br>Gary Harre (SBN 86398)<br>Diane J. Beall (SBN 86877)<br>Barry Fagan (SBN 160104)<br>17612 Beach Blvd., Ste 8<br>Huntington Beach, CA 92647<br>Telephone (714) 907-4182  Facsimile (714) 907-4175<br>Email: ghcmecf@gmail.com<br><br>*Attorney for Plaintiff* Elizabeth Barnes | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>ELIZABETH BARNES<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 8:11-bk-11149<br><br>ADVERSARY NUMBER 8:11-01043 ES |
|---|---|
| Elizabeth Barnes                                    Plaintiff(s),<br>vs.<br>(See attached addendum for complete caption)<br>HSBC Bank USA, National Association, as<br>Trustee J.P. Morgan Mortgage Trust 2007-A1,<br>under pooling and servicing agreement dated    ☒Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by **FEB 28 2011**, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

---

**Hearing Date:** APR 14 2011   **Time:** 9:30 A.M.   **Courtroom:** 5A   **Floor:** 5

☐ 255 East Temple Street, Los Angeles          ☐ 411 West Fourth Street, Santa Ana

☐ 21041 Burbank Boulevard, Woodland Hills     ☐ 1415 State Street, Santa Barbara

☐ 3420 Twelfth Street, Riverside

---

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: JAN 28 2011

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                                                    **F 7004-1**

**Addendum to Summons and Notice of Status Conference - Adversary No. 8:11-01043-ES**

In re

ELIZABETH BARNES

                         Debtor.

Elizabeth Barnes, an individual

                         Plaintiff(s),

vs.

HSBC Bank USA, National Association,
as Trustee J.P. Morgan Mortgage Trust 2007-A1,
under pooling and servicing agreement dated January 1, 2007,
its assigns and/or successors in interest;
JPMorgan Chase Bank, N.A.;
J.P. Morgan Acceptance Corporation I;
J.P. Morgan Mortgage Acquisition Corp.;
Northwest Trustee Services, Inc.; Global Provision, LLC;
and Unknown Defendants 1 through 10; Inclusive,

                         Defendants.