Case 8:11-ap-01043-ES    Doc 6 in Filed 02/21/11    Page 1 of 2 Entered 02/21/11 16:21:38    Desc
                                    Main Document    Page 1 of 4
Case 8:11-ap-01043    Doc 4 in Filed 01/26/11    Page 1 of 4 Entered 01/26/11 17:26:10    Desc Main
                                    Document    Page 3 of 17

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Global Capital Law, PC<br>Gary Harre (SBN 86398)<br>Diane J. Beall (SBN 86877)<br>Barry Fagan (SBN 160104)<br>17612 Beach Blvd., Ste 8<br>Huntington Beach, CA 92647<br>Telephone (714) 907-4182  Facsimile (714) 907-4175<br>Email: ghcmecf@gmail.com<br><br>*Attorney for Plaintiff* Elizabeth Barnes | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>ELIZABETH BARNES<br><br>                                   Debtor. | CHAPTER 13<br><br>CASE NUMBER 8:11-bk-11149<br><br>ADVERSARY NUMBER 8:11-01043 ES |
|---|---|
| Elizabeth Barnes                                     Plaintiff(s),<br>vs.<br>(See attached addendum for complete caption)<br>HSBC Bank USA, National Association, as<br>Trustee J.P. Morgan Mortgage Trust 2007-A1,<br>under pooling and servicing agreement dated<br>                                 ☒ Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by **FEB 28 2011**, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: **APR 14 2011**    Time: **9:30 A.M.**    Courtroom: **5A**    Floor: **5** |
|---|
| ☐ 255 East Temple Street, Los Angeles         ☒ 411 West Fourth Street, Santa Ana<br>☐ 21041 Burbank Boulevard, Woodland Hills     ☐ 1415 State Street, Santa Barbara<br>☐ 3420 Twelfth Street, Riverside |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: **JAN 20 2011**

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
         Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                                      **F 7004-1**

**Addendum to Summons and Notice of Status Conference - Adversary No. 8:11-01043-ES**

In re

ELIZABETH BARNES

_____Debtor._____

Elizabeth Barnes, an individual

        Plaintiff(s),

vs.

HSBC Bank USA, National Association,
as Trustee J.P. Morgan Mortgage Trust 2007-A1,
under pooling and servicing agreement dated January 1, 2007,
its assigns and/or successors in interest;
JPMorgan Chase Bank, N.A.;
J.P. Morgan Acceptance Corporation I;
J.P. Morgan Mortgage Acquisition Corp.;
Northwest Trustee Services, Inc.; Global Provision, LLC;
and Unknown Defendants 1 through 10; Inclusive,

_____Defendants._____

| In Re | | CASE NO.: |
|---|---|---|
| Elizabeth Barnes | Debtor(s) | 8:11-bk-11149<br>8:11-ap-01043-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17612 Beach Blvd, Ste 8
Huntington Beach, CA  92647

A true and correct copy of the foregoing document described as **_Summons and Notice of Status Conference and Adversary Complaint_** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/31/2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **02/01/2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/01/2011 | Judi Cicco | /s/ Judi Cicco |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                        **F 9013-3.1.PROOF.SERVICE**

| In Re | | CASE NO.: |
|---|---|---|
| Elizabeth Barnes | Debtor(s) | 8:11-bk-11149<br>8:11-ap-01043-ES |

# Service List

J.P. Morgan Mortgage Acquisition Corp.
270 Park Avenue. 6th Floor
New York, NY 10017
Via Certified Mail -    7010 0780 0000 7946 4937

JP Morgan Chase Bank N.A.
270 Park Avenue
New York, NY 10017
Via Certified Mail -    7010 0780 0000 7946 4890

J.P. Morgan Acceptance Corporation
270 Park Avenue.
New York, NY 10017
Via Certified Mail -    7010 0780 0000 7946 4920

HSBC Bank USA, National Association
10 East 40th Street, 14th Floor
New York, NY 10016
Via Certified Mail -    7010 0780 0000 7946 4883

Northwest Trustee Services, INC.
CT Corporation System
818 W. 7th Street
Los Angeles, CA 90017
Via Certified Mail -    7010 0780 0000 7946 4906

CHRIS CHENSHUNG HO
9 Rutherford
Irvine, CA 92602
Via Certified Mail -    7010 0780 0000 7946 4913

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                     F 9013-3.1.PROOF.SERVICE