| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>GLOBAL CAPITAL LAW<br>Gary Harre, Esq., SBN 86938<br>Diane J. Beall, Esq., SBN 86877<br>8700 Warner Avenue, Suite 200<br>Fountain Valley, CA 92708<br>Telephone: (714) 907-4182<br>Facsimile: (714) 907-4175<br><br>☑ *Attorney for Plaintiff(s)*<br>☐ *Plaintiff(s) appearing without attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** Santa Ana **DIVISION**

| In re:<br><br>ELIZABETH BARNES<br><br>                                                Debtor(s). | CASE NO.: 11-bk-11149-ES<br><br>CHAPTER: 13<br><br>ADVERSARY NO.: 11-ap-01043-ES |
|---|---|
| ELIZABETH BARNES<br><br>                                                Plaintiff(s),<br>vs.<br>HSBC Bank USA, National Association,; JPMorgan Chase Bank,N.A.; J.P. Morgan Acceptance Corporation I; J.P. Morgan Mortgage Acquisition Corp.; Northwest Trustee Services, Inc.; Global Provision, LLC<br><br>                                                Defendant(s). | **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): Global Provision, LLC
2. Plaintiff filed the Complaint in this adversary proceeding on (*specify date*): 1/26/11
3. The Summons and Complaint were served on Defendant by    ☐ Personal Service    ☑ Mail Service
   on the following date (*specify date*): 1/31/11
4. A conformed copy of the executed service of Summons form is attached hereto.
5. The time for filing an Answer or other responsive pleading expired on (*specify date*): 2/28/11
6. No Answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Dated: 3/7/11                              By: /s/ Gary Harre

                                            Type Name: Gary Harre, Esq.
                                            *Plaintiff or Attorney for Plaintiff*

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                              Page 1                          F 7055-1.1.REQ.ENTER.DEFAULT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below: and Declaration of Gary Harre, Esq. in Support of Entry of Default

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/7/11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
  * Amrane (SA) Cohen (TR)    efile@ch13ac.com
  * Gary L Harre    ghcmecf@gmail.com
  * Charles E Katz    ckatz@rcolegal.com
  * United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 3/7/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
GLOBAL PROVISION, LLC
Chris Chengshung Ho, as Agent for Service of Process
9 Rutherford
Irvine, CA 92602

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/7/11 | Judi Cicco | /s/ Judi Cicco |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                            Page 2                              F 7055-1.1.REQ.ENTER.DEFAULT