**GLOBAL CAPITAL LAW**
GARY HARRE (CBN 86938)
DIANE J. BEALL (CBN 86877)
8700 Warner Ave., Ste 200
Fountain Valley, CA 92708
Phone   (714) 907-4182
Fax       (714) 907-4175
Email: ghcmecf@gmail.com

Attorney for Debtor, Elizabeth Barnes

FILED & ENTERED

MAR 23 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte   DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ELIZABETH. BARNES<br><br>_____<br><br>ELIZABETH BARNES, an Individual.<br><br>　　　　　　　　　　Plaintiff,<br><br>-vs.-<br><br>HSBC Bank USA, National Association, as Trustee J.P. Morgan Mortgage Trust 2007-A1, under pooling and servicing agreement dated January 1, 2007, its assigns and/or successors in interest; JPMorgan Chase Bank, N.A.; J.P. Morgan Acceptance Corporation I; J.P. Morgan Mortgage Acquisition Corp.; Northwest Trustee Services, Inc.; Global Provision, LLC; and Unknown Defendants 1 through 10; Inclusive;<br><br>　　　　　　　　　　Defendants. | CASE NO. 8:11-bk-11149-ES<br><br>**ADVERSARY PROCEEDING**<br><br>**ADV. NO.: _8:11-ap-01043-ES**<br>_____<br><br>**ORDER 1) DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; AND 2) SETTING HEARING ON WHETHER ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION SHOULD ISSUE** |

　　　The Court having considered Debtor's *Ex Parte* Application For Temporary Restraining Order; Order To Show Cause Re: Preliminary Injunction; and Request for a Hearing Date To Obtain a Preliminary Injunction, rules as follows:

/./././
/./././
/./././

IT IS HEREBY ORDERED THAT:

1. The Application for a Temporary Restraining Order ("TRO") restraining and enjoining Defendant, HSBC Bank USA, National Association, as Trustee J.P. Morgan Mortgage Trust 2007-A1, under pooling and servicing agreement dated January 1, 2007, its assigns and/or successors in interest; JPMorgan Chase Bank, N.A.; J.P. Morgan Acceptance Corporation I; J.P. Morgan Mortgage Acquisition Corp.; Northwest Trustee Services, Inc.; Global Provision, LLC; and Unknown Defendants 1 through 10 and all of their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation or privities with any of them, from taking possession of Plaintiff's property known as 6461 Oakcrest Circle, Huntington Beach, CA 92648 is DENIED due to failure of Plaintiff to establish grounds therefor;

2. A hearing to determine whether an Order to Show Cause should issue regarding Plaintiff's request for a Preliminary Injunction enjoining Defendants', their agents, employees, representatives, attorneys, and all persons acting in concert or participating with them from taking possession of Plaintiff's home, is hereby set for **April 5, 2011 at 9:30 a.m. in Courtroom 5A**.

3. Any opposition to the issuance of an Order to Show Cause shall be filed and served not later than **March 24, 2011**; any Reply thereto shall be filed and served not later than **March 31, 2011**.

###

DATED: March 23, 2011

_Erithe A. Smith_
United States Bankruptcy Judge

- 2 -

Case 8:11-ap-01043-ES    Doc 16    Filed 03/23/11    Entered 03/23/11 10:14:57    Desc
Main Document    Page 3 of 4

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8700 Warner Ave., Suite 200
Fountain Valley, CA  92708

A true and correct copy of the foregoing document described as  **ORDER FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; AND SET A HEARING DATE TO OBTAIN A PRELIMINARY INJUNCTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  *3/4/2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe Smith
411 W. Fourth Street, Suite 5041
Santa Ana, CA  92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/4/2011   Carolyn J Olson | /s/ Carolyn J Olson |
|---|---|
| *Date        Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; AND SET A HEARING DATE TO OBTAIN A PRELIMINARY INJUNCTION.** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **03/04/2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    Amrane (SA) Cohen (TR)     efile@ch13ac.com
    Gary L Harre                          ghcmecf@gmail.com
    United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
    Charles E Katz  (Atty for Northwest Trustee Service, Inc. )  ckatz@rcolegal.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

    Bryan L Ngo (Atty for Global Provision, LLC)     bngo@bluecapitallaw.com

☐ Service information continued on attached page